

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:         01-15-00066-CV

Style:                Patrick Olajide Akinwamide v. Transportation Insurance Company,

                      CNA Insurance Company, and Automatic Data Processing Inc.

Date motion filed[*]:   April 9, 2015

Type of motion:       Motion for an Order to Subpoena the Court Reporter for the Transcript

                      of Show Cause Hearing in Cause No. 97-48526 on October 24, 2014

Parties filing motion:  Pro Se Appellant

Document to be filed:  N/A

Ordered that motion is:

☐ Granted; if document is to be filed, document due:
☐ Denied
☒ Dismissed (*e.g.*, want of jurisdiction, moot)
☒ Other: _____

On March 26, 2015, the court reporter filed the reporter's record for the "Defendant's Motion for Sanctions/and Motion to Determine Plaintiff A Vexatious Litigant" hearing held on October 24, 2014, in this Court. Pursuant to the trial court's order, signed on October 3, 2014, the trial court set the show cause hearing for October 24, 2014, the same date as the sanctions/vexatious litigant hearing. (C.R. at 148-49). Thus, appellant's motion to subpoena the court reporter to file the show cause hearing transcript is **dismissed as moot** as it was already filed on March 26, 2015, with the sanctions/vexatious litigant transcript. Appellant's brief remains due by April 27, 2015. *See* TEX. R. APP. 38.6(a)(2).

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually       ☐ Acting for the Court

Date: April 21, 2015